UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jose Luis Arellano,

       Petitioner,

vs.                                                                      **ORDER**

Warden B.R. Jett,

       Respondent.                          Civ. No. 10-4833 (JNE/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.     Petitioner's habeas corpus petition [Docket Nos. 1 and 3] be DENIED;

2.     This action be DISMISSED WITH PREJUDICE.


BY THE COURT:

DATED: 8-25-2011             s/ Joan N. Ericksen
                          Judge Joan N. Ericksen
                          United States District Court